```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    **EASTERN DIVISION AT FRANKFORT**
```

DARYL PETERSON,                )
                               )
    Plaintiff,                 ) Action No. 3:15-CV-00035-JMH
                               )
v.                             )
                               ) **MEMORANDUM OPINION AND ORDER**
CAROLYN W. COLVIN,             )
Acting Commissioner of         )
Social Security                )
                               )
    Defendant.                 )

                    **   **   **   **   **

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**; and

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 29th day of September, 2016.

